# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

373

**KA 10-00183**

PRESENT: CENTRA, J.P., FAHEY, CARNI, GREEN, AND GORSKI, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                  ORDER

CRYSTAL M. WALDEN, DEFENDANT-APPELLANT.

---

WAGNER & HART LLP, OLEAN (JANINE FODOR OF COUNSEL), FOR DEFENDANT-APPELLANT.

KEITH SLEP, DISTRICT ATTORNEY, BELMONT, FOR RESPONDENT.

---

Appeal from a judgment of the Allegany County Court (Thomas P. Brown, J.), rendered August 13, 2009. The judgment convicted defendant, upon her plea of guilty, of driving while intoxicated, a class D felony.

Now, upon reading and filing the stipulation to withdraw appeal signed by defendant on February 28, 2011 and by the attorneys for the parties on March 4 and 8, 2011,

It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.

Entered: March 25, 2011                                    Patricia L. Morgan
                                                           Clerk of the Court